## LOUIS CLAVELOUX ET AL. *v.* DOWNTOWN RACQUET CLUB ASSOCIATES ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 44 Conn. App. 691 (AC 14629), is granted, limited to the following issue:

"Did the Appellate Court properly hold that evidence of prior slipping accidents was relevant and admissible to prove that the defendants had notice of the conditions that caused the plaintiff's injury?"

The Supreme Court docket number is SC 15763.

*Daniel P. Scapellati* and *Harris B. Appelman*, in support of the petition.

*Thomas E. Katon*, in opposition.

Decided September 18, 1997

## ANNE S. WEEKS *v.* SIDNEY B. KRAMER ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 45 Conn. App. 319 (AC 15686), is granted, limited to the following issue:

"Did the Appellate Court properly reverse the judgment of the trial court holding that the plaintiff could not enforce the restrictive covenant that had been created by the parties' predecessor in title, Hudson Nut Products, Inc., and finding that it did not run with the land?"

The Supreme Court docket number is SC 15764.

*Howard C. Kaplan*, in support of the petition.

*Douglas R. Steinmetz* and *Christopher J. McCaffrey*, in opposition.

Decided September 22, 1997